IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02330-RM-MEH

STEVEN NASH,

    Plaintiff,

v.

WAL-MART, and
LOUISVILLE LADDER, INC.,

    Defendant.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 7, 2016**.

Plaintiff's Unopposed Motion to Amend Scheduling Order [filed April 6, 2016; docket #62] is **granted in part and denied in part**. For good cause shown, the operative Scheduling Order shall be modified as follows:

9.    CASE PLAN AND SCHEDULE

    a.    The parties will exchange Initial Disclosures no later than APRIL 15, 2016.

    b.    Deadline for Joinder of Parties and Amendment of Pleadings: MARCH 30, 2016.

    c.    Discovery Cut-off: JULY 5, 2016.

    d.    Dispositive Motion Deadline: AUGUST 5, 2016.

    e.    Expert Witness Disclosure

The parties shall identify anticipated fields of expert testimony, if any.

Plaintiff:
    Structural or Mechanical Engineer
    Metallurgist
    Medical Experts (non-retained health care providers)

Louisville Ladder:
    Louisville Ladder will likely disclose expert witnesses to show that there was not a

>   defect in the subject ladder, and the ladder could not have caused Plaintiff's alleged injuries.

>   Wal-Mart:

>   >   Wal-Mart anticipates expert witnesses regarding the lack of a defect in the subject ladder and an expert to address causation of any alleged injuries or damages.

>   f.   Limitations which the parties propose on the use or number of expert witnesses:

The parties agree to designate no more than two experts, and no more than one expert per issue.

>   g.   The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before JUNE 6, 2016.

>   h.   The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before JULY 5, 2016.

>   j.   Deadline for Interrogatories: MAY 31, 2016.

>   k.   Deadline for Requests for Production of Documents and/or Admissions MAY 31, 2016.

In addition, the Final Pretrial Conference scheduled in this case for September 13, 2016 is hereby **vacated** and **rescheduled** to **October 4, 2016,** at **10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading in richtext format are**

**posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the pretrial conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).